FILED

Oct 17  3 30 PM '03

# United States District Court
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS DIGGS, | ) | 3:02CV1628(GLG) |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOCAL 1579 IAFF, | ) | |
| DAVID M. MAYER, President | ) | |
| **Defendants** | ) | October 16, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSIOIN OF TIME TO RESPOND TO DEFENDANT'S MEMORANDUM OF LAW AND 56(a) STATEMENT IN SUPPORT OF SUMMARY JUDGMENT**

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional twenty-one days from October 20th 2003, to November 10, 2003. This extension of time is necessitated by: (1) the intense press of business compressed within a very narrow window.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' had no opposition to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

PLAINTIFF
MARCUS DIGGS

BY: *[signature]*
CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 10th day of October, 2003.

Alexandria L. Voccio, Esq.,
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

James C. Ferguson, Esq.,
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067-1400

*[signature]*
Cynthia R. Jennings, Esq.,