32

mot

FILED
Nov 10  3 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS DIGGS, ) | 3:02CV1628(GLG) |
| **Plaintiff** ) | |
| ) | |
| V. ) | |
| ) | |
| LOCAL 1579 IAFF, ) | |
| DAVID M. MAYER, President ) | |
| **Defendants** ) | November 7, 2003 |

11-13-03: Motion GRANTED in the absence of opposition.

Gerard L. Goettel, USDJ

### PLAINTIFF'S MOTION FOR EXTENSIOIN OF TIME TO RESPOND TO DEFENDANT'S MEMORANDUM OF LAW AND 56(a) STATEMENT IN SUPPORT OF SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended for an additional ten days from November 10th 2003, to November 19, 2003.

In support of this motion, the undersigned respectfully request the additional ten days in light of the following circumstances. First the undersigned has a pre-argument hearing with the appellate court of the 2nd Circuit, after which the court required the appellant to produce additional and supplemental settlement brief, which is now due on November 14, 2003. Moreover, the undersigned will be out of the office on November 7, 2003 and November 10,

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797