# United States District Court
DISTRICT OF CONNECTICUT

FILED

Nov 17  3 00 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MARCUS H. DIGGS,<br>*Plaintiff* | NO.: 3:02CV1628 (GLG) |
| V. | |
| TOWN OF MANCHESTER<br>STEVEN WERBNER (Deputy General Manager);<br>THOMAS WEBER (Fire Chief);<br>ROBERT BYCHOLSKI (Assistant Fire Chief)<br>IN THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITY AND<br>LOCAL 1579 IAFF<br>DAVID M. MAYER (President)<br>*Defendants* | November 14, 2003 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff herein objects to the Defendant's Motion for Summary Judgment. In support of Plaintiff's objection Plaintiff attaches a Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment.

PLAINTIFF
MARCUS H. DIGGS


BY: *Cynthia R. Jennings*
Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-368-6985
Email: Cynthia.jennings@sbcglobal.net
Federal Bar No. CT21797

## CERTIFICATION

This is to certify that a copy of the foregoing was served via U.S. mail on the 14th day of November, 2003 on the following counsel of record:

James C. Ferguson
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067-1400

Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


By _____Cynthia R. Jennings_____
Cynthia R. Jennings, Esq.