

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS H. DIGGS<br>Plaintiff,<br><br>V.<br><br>TOWN OF MANCHESTER, STEVEN WERBNER (DEPUTY GENERAL MANAGER); THOMAS WEBER (FIRE CHIEF); ROBERT BYCHOLSKI (ASSISTANT FIRE CHIEF) IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY, AND LOCAL 1579, IAFF, DAVID M. MAYER (PRESIDENT)<br>Defendants. | Civil No: 3:02CV1628 (GLG)<br><br><br><br><br>NOVEMBER 26, 2003 |

### DEFENDANTS' LOCAL 1579, IAFF, DAVID M. MAYER (PRESIDENT) MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b)(1) of the Local Rules of Civil Procedure, Defendant, Local 1579, IAFF, David M. Mayer (President) hereby respectfully requests an extension of time to reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment received in this office on November 19, 2003 until on or before December 10, 2003. This extension of time is necessitated by: (1) the press of legal business.

This is Defendant Local 1579 and David M. Mayer's first request for an extension of time to respond to Plaintiff's Objection to Defendant's Motion for Summary Judgment.

Defendant's counsel has contacted counsel for the Plaintiff who has no objections to this request.

DEFENDANT, LOCAL 579 IAFF,
DAVID M. MAYER, (PRESIDENT)

By_____
James C. Ferguson
FERGUSON & DOYLE, P.C.
Their Attorneys
35 Marshall Road
Rocky Hill, CT
(860) 529-4762
Fed. Juris CT03341

**FERGUSON & DOYLE, P.C.**
ATTORNEYS AT LAW
35 MARSHALL ROAD • ROCKY HILL, CONNECTICUT 06067-1400 • TEL. (860) 529-4762 • JURIS No. 401708

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid on this 26th day of November, 2003, to the following counsel of record:

Cynthia R. Jennings, Esq.
The Barristers Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Alexandria L. Buford
Michael Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06614

By_____
James C. Ferguson

**FERGUSON & DOYLE, P.C.**
ATTORNEYS AT LAW
35 MARSHALL ROAD • ROCKY HILL, CONNECTICUT 06067-1400 • TEL. (860) 529-4762 • JURIS No. 401708

3