

FILED
DEC 1  8 59 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

*38*

*Motion GRANTED on consent.*

*12/2/03:*

*[signature] Goettel, USDJ*

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARCUS H. DIGGS | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil No: 3:02CV1628 (GLG) |
| | : | |
| TOWN OF MANCHESTER, STEVEN WERBNER | : | |
| (DEPUTY GENERAL MANAGER); THOMAS | : | |
| WEBER (FIRE CHIEF); ROBERT BYCHOLSKI | : | |
| (ASSISTANT FIRE CHIEF) IN THEIR | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY, | : | |
| AND LOCAL 1579, IAFF, DAVID M. MAYER | : | |
| (PRESIDENT) | : | |
| Defendants. | : | NOVEMBER 26, 2003 |
| | : | |

## DEFENDANTS' LOCAL 1579, IAFF, DAVID M. MAYER (PRESIDENT) MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b)(1) of the Local Rules of Civil Procedure, Defendant, Local 1579, IAFF, David M. Mayer (President) hereby respectfully requests an extension of time to reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment received in this office on November 19, 2003 until on or before December 10, 2003. This extension of time is necessitated by: (1) the press of legal business.

**FERGUSON & DOYLE, P.C.**
ATTORNEYS AT LAW
35 MARSHALL ROAD • ROCKY HILL, CONNECTICUT 06067-1400 • TEL. (860) 529-4762 • JURIS NO. 401708