UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 2  3 42 PM '04
U.S. DISTRICT COURT

MARCUS H. DIGGS

v.                                                Civil No. 3:02CV1628 GLG

TOWN OF MANCHESTER, STEVEN WERBNER,
DEPUTY GENERAL MANAGER, THOMAS
WEBER, FIRE CHIEF, AND ROBERT
BYCHOLSKI, ASSISTANT FIRE CHIEF, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES: AND
LOCAL 1579 IAFF, DAVID M. MAYER, PRESIDENT

### JUDGMENT

This matter came on for consideration on defendants' motions for summary judgment before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on February 17, 2004, entered an Opinion granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of March, 2004

KEVIN F. ROWE, Clerk
By
Frank DePino
Deputy Clerk

EOD 3/4/04

1