UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS H. DIGGS | : | NO.: 3:02CV1628 (GLG) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MANCHESTER; | : | |
| STEVEN WERBNER, Deputy General | : | |
| Manager; THOMAS WEBER, Fire Chief; | : | |
| ROBERT BYCHOLSKI, Assistant Fire | : | |
| Chief, IN THEIR INDIVIDUAL AND | : | |
| OFFICIAL CAPACITY AND | : | |
| LOCAL 1579 IAFF, DAVID M. MAYER, | : | |
| President | : | APRIL 2, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, Town of Manchester, Steven Werbner, Thomas Weber, and Robert Bycholski, hereby submit their bill of costs in the above-captioned case. The Court granted summary judgment in favor of the defendants on February 17, 2004. Judgment was entered following the summary judgment ruling on March 2, 2004. The judgment became final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4, on April 1, 2004. This bill of costs is filed within ten (10) days of such expiration. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.     Fees of the Court Reporter - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

      1.     Deposition transcript of Marcus H. Diggs ($668.50 original & 1 copy + $4.00 shipping & handling + $40.35 tax)   $ 712.85

           Appearance fee   ($75.00 + $4.50 tax)   $ 79.50

           Subtotal   $792.35

B.     Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

      1.     Copies of exhibits appended to successful Motion for Summary Judgment

           220 pages @ .15 = $33.00
           26 exhibit tabs @ .25 = $6.50
           18 custom exhibit tabs @ 1.00 = $18.00
           Drilling 2 holes on 264 pages @ .01 = $2.64
           Taxes = $3.60

           Subtotal   $63.74

**TOTAL FEES REQUESTED:**   **$856.09**

DEFENDANTS,
TOWN OF MANCHESTER; STEVEN WERBNER, Deputy General Manager; THOMAS WEBER, Fire Chief; ROBERT BYCHOLSKI, Assistant Fire Chief, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY


By/s/Alexandria L. Voccio
   Alexandria L. Voccio, ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  avoccio@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 2nd day of April, 2004.

Cynthia R. Jennings, Esquire
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT  06604

James C. Ferguson
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067-1400

                                         /s/Alexandria L. Voccio
                                         Alexandria L. Voccio