UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS H. DIGGS | : | NO.: 3:02CV1628 (GLG) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MANCHESTER; | : | |
| STEVEN WERBNER, Deputy General | : | |
| Manager; THOMAS WEBER, Fire Chief; | : | |
| ROBERT BYCHOLSKI, Assistant Fire | : | |
| Chief, IN THEIR INDIVIDUAL AND | : | |
| OFFICIAL CAPACITY AND | : | |
| LOCAL 1579 IAFF, DAVID M. MAYER, | : | |
| President | : | APRIL 2, 2004 |

### VERIFICATION OF ALEXANDRIA L. VOCCIO

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen years of age and believe in the obligation of an oath.

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut.

3. I represented THOMAS WEBER, ROBERT BYCHOLSKI, and TOWN OF MANCHESTER, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by these parties.

4. The items listed in the Bill of Costs of the defendants are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

                                                /s/Alexandria L. Voccio
                                                Alexandria L. Voccio

Subscribed and sworn to before me this 2nd day of April, 2004.

                                                /s/Elvira C. Blackman
                                                Notary Public
                                                My Commission Expires: 10/31/07