

**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

RECEIVED MAY 05 2003 BY: _____

ALEXANDRIA L. VOCCIO, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

*okay to pay ALV*

DATE         05/01/2003
INVOICE         26169
CLIENT           2059
REFERENCE DAN

Re: MARCUS H. DIGGS    TOWN OF MANCHESTER, ET AL
Assignment Date: March 31, 2003

Deposition Of - MARCUS H. DIGGS

| | |
|---|---:|
| TRANSCRIPT ORIG. & 1 | 668.50 |
| APPEARANCE FEE | 75.00 |
| SHIPPING & HANDLING | 4.00 |
| CONDENSED AND ASCII | 30.00 |
| Total Amount $ | 777.50 |
| Tax $ | 46.65 |
| Total due $ | 824.15 |

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

150-13478