FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARCUS DIGGS

v.

TOWN of MANCHESTER

ET, AL & LOCAL 1AFF, et al.

CIVIL CASE NO. 302CV1628(GLG)

FILED
2004 APR -2 P 2:13
US DISTRICT COURT
BRIDGEPORT CT

FILED
2004 MAR 33 P 1:17
US DISTRICT COURT
BRIDGEPORT CT

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), ___MARCUS DIGGS___ hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach a copy of the Judgment or Order):

___JUDGEMENT ORDER ATTACHED___

2. The Judgment/Order in this action was entered on ___MARCH 4, 2004___
(date)

_____
Signature

EROLL V. SKYERS
Print Name

THE BARRISTER LAW GROUP, LLC.
211 STATE STREET, 2ND FLOOR

BRIDGEPORT, CT 06604
Address

203-334-4800
Telephone Number

Date: ___APRIL 2, 2004___

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

## CERTIFICATION

This is to certify that a copy of the foregoing NOTICE OF APPEAL has been sent via U.S. Mail, to the following counsel of record on this 2nd day of April 2004

Alexandria L. Voccio, Esq.,
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

James C. Ferguson, Esq.,
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067-1400


_____
Eroll V. Skyers, Esq.,

02CV1628 JgmT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCUS H. DIGGS

v.

TOWN OF MANCHESTER, STEVEN WERBNER,
DEPUTY GENERAL MANAGER; THOMAS
WEBER, FIRE CHIEF, AND ROBERT
BYCHOLSKI, ASSISTANT FIRE CHIEF, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES; AND
LOCAL 1579 IAFF, DAVID M. MAYER, PRESIDENT

FILED
Mar 2  3 42 PM '04
U.S. DISTRICT COURT
Civil No. 3:02CV1628(GLG)

## JUDGMENT

This matter came on for consideration on defendants' motions for summary judgment before the Honorable Gerard L. Goettel, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on February 17, 2004, entered an Opinion granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of March, 2004

KEVIN F. ROWE, Clerk
By
Frank DePino
Deputy Clerk

EOD 3/4/04