UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCUS H. DIGGS

    VS.                                                                            CIVIL ACTION
                                                                                                 3:02CV1628(GLG)

TOWN OF MANCHESTER, ET AL

ORDER ON BILL OF COSTS (DOC. #44)

      The Bill of Costs filed by defendants Town of Manchester, Steven Werbner, Thomas Weber and Robert Bycholski, document #44, is DENIED without prejudice to renewal when the pending appeal is resolved and judgment becomes final.

                                                                           Kevin F. Rowe, Clerk
                                                                          By____

                                                                          Lori Inferrera
                                                                          Deputy-in-Charge