# United States District Court
## DISTRICT OF CONNECTICUT

FILED
JUL 21   2 22 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MARCUS DIGGS,<br>**Plaintiff**<br><br>V.<br><br>TOWN OF MANCHESTER;<br>STEVEN WERBNER, Deputy General<br>Manager; THOMAS WEBER, Fire<br>Chief; ROBERT BYCHOLSKI, Assistant Fire<br>Chief, IN THEIR INDIVIDUAL AND<br>OFFICIAL CAPACITY AND LOCAL 1579<br>IAFF, DAVID M. MAYER, President<br>**Defendants** | ) 3:02CV1628(GLG)<br>)<br>)<br>)<br>) **DOCKET NO.**<br>) **04-1976-CV**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) July 19, 2004 |

## INDEX TO THE RECORD ON APPEAL
## VOLUM 1

| Filed | CT # | Document Name | Document No. |
|---|---|---|---|
| 09/16/2002 | 1 | **COMPLAINT** Filing Fee $ 150.00<br>Receipt # B004738 (Beverly, T.) (Entered: 09/16/2002) | 1 |
| 09/16/2002 | 2 | **ORDER on Pretrial Deadlines** handed to counsel<br>Discovery cutoff 3/18/03 ; Dispositive Motions due<br>4/17/03 Amended Pleadings due 11/16/02 Motions to<br>Dismiss due 12/16/02 (Beverly, T.) (Entered: 09/16/2002) | 2 |
| 10/23/2002 | 3 | **APPEARANCE of Attorney for Town of Manchester,**<br>Steven Werbner, Thomas Weber, Robert Bycholski,<br>Local 1579 IAFF, David M. Mayer -- Alexandria L.<br>Bufford, Michael J. Rose (Falcone, K.) (Entered: 10/23/2002) | 3 |

1

| Date | No. | Description | |
|---|---|---|---|
| 11/08/2002 | 4 | **MOTION by Town of Manchester,** Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer for Security for Costs (Warner, R.) (Entered: 11/08/2002). | 4 |
| 11/08/2002 | 5 | **ORDER granting [4-1] motion for Security for Costs.** Bond as security for costs in this action shall be filed by the Plaintiff(s) within 30 days of this date as requested by Town of Manchester, Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 11/08/2002) | 5 |
| 11/27/2002 | 6 | **DEMAND for jury trial by Town of Manchester,** Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer (Falcone, K.) (Entered: 12/02/2002). | 6 |
| 11/27/2002 | 7 | **APPEARANCE of Attorney for Local 1579 IAFF,** David M. Mayer -- James C. Ferguson (Falcone, K.) (Entered: 12/02/2002). | 7 |
| 11/27/2002 | 8 | **ANSWER and Affirmative Defenses to Complaint** by Town of Manchester, Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer (Falcone, K.) (Entered: 12/02/2002) | 8 |
| 12/12/2002 | 9 | **REPORT of Parties Planning Meeting** (Rodko, R.) (Entered: 12/12/2002) | 9 |
| 12/17/2002 | 10 | **MOTION by Town of Manchester,** Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer for Nonsuit (Depino, F.) (Entered: 12/19/2002) | 10 |
| 12/18/2002 | 11 | **NOTICE of Compliance** with 11/18/02 court order to file a bond by Marcus H. Diggs. Paid 12/18/02, receipt #R000472 (Warner, R.) Modified on 12/19/2002 (Entered: 12/19/2002) | 11 |
| 12/24/2002 | | **ENDORSEMENT denying [10-1]** motion for Nonsuit (signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 12/24/2002) | 12 |

| Date | No. | Description | |
|---|---|---|---|
| 12/31/2002 | | **ENDORSEMENT granting** [9-1] report, reset Discovery deadline to 5/30/02 , reset Dispositive Motions due by 7/15/03 (signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 12/31/2002) | 13 |
| 01/28/2003 | 12 | **ANSWER to Complaint by Local 1579 IAFF,** David M. Mayer (Warner, R.) (Entered: 01/28/2003) | 14 |
| 03/19/2003 | 13 | **REPORT of Parties Planning Meeting** (Rodko, R.) (Entered: 03/20/2003) | 15 |
| 04/01/2003 | 14 | **MOTION by Local 1579 IAFF**, David M. Mayer for Alexandra Voccio and Michael Rose to Withdraw as Attorney (Depino, F.) (Entered: 04/01/2003) | 16 |
| 04/02/2003 | | **ENDORSEMENT granting** [13-1] report, reset Discovery deadline to 7/30/03 , reset Dispositive Motions due by 8/15/03 ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 04/02/2003) | 17 |
| 04/04/2003 | | **ENDORSEMENT granting** [14-1] motion for Alexandra Voccio and Michael Rose to Withdraw as Attorney (Terminated attorney Michael J. Rose for David M. Mayer, attorney Alexandria L. Voccio for David M. Mayer, attorney Michael J. Rose for Local 1579 IAFF, attorney Alexandria L. Voccio for Local 1579 IAFF (signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 04/07/2003) | 18 |
| 07/15/2003 | 15 | **MOTION by Town of Manchester**, Steven Werbner, Thomas Weber, Robert Bycholski for Summary Judgment (Brief Due 8/5/03 ) (Villano, P.) (Entered: 07/15/2003) | 19 |
| 07/15/2003 | 16 | **MEMORANDUM by Town of Manchester,** Steven Werbner, Thomas Weber, Robert Bycholski in support of [15-1] motion for Summary Judgment (Villano, P.) (Entered: 07/15/2003) | 20 |

3

| Date | No. | Description | |
|---|---|---|---|
| 07/15/2003 | 17 | **STATEMENT of Material Facts** by Town of Manchester, Steven Werbner, Thomas Weber, Robert Bycholski regarding [15-1] motion for Summary Judgment (Villano, P.) (Entered: 07/15/2003) | 21 |
| 07/17/2003 | 18 | **MOTION by Town of Manchester,** Steven Werbner, Thomas Weber, Robert Bycholski for Leave to File brief in excess of 40 pages (Falcone, K.) (Entered: 07/17/2003) | 22 |
| 07/21/2003 | 19 | **AFFIDAVIT of Robert Bycholski** by Robert Bycholski (Rodko, R.) (Entered: 07/22/2003) | 23 |
| 07/30/2003 | 20 | **MOTION by Marcus H. Diggs** to Extend Time until 8/20/03 to respond to motion for summary judgment (Jefferson, V.) (Entered: 07/30/2003) | 24 |
| 08/04/2003 | | **ENDORSEMENT granting** [20-1] motion to Extend Time until 8/20/03 to respond to motion for summary judgment, reset Dispositive Motions due by 8/20/03 ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 08/04/2003) | 25 |
| 08/07/2003 | | **ENDORSEMENT granting** [18-1] motion for Leave to File brief in excess of 40 pages ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 08/07/2003) | 26 |
| 08/08/2003 | 21 | **MOTION by David M. Mayer to Extend** Time to file motion for summary judgment to 8/29/03 (Depino, F.) (Entered: 08/11/2003) | 27 |
| 08/18/2003 | | **ENDORSEMENT granting** [21-1] motion to Extend Time to file motion for summary judgment to 8/29/03, reset Dispositive Motions due by 8/29/03 ( signed by Judge Gerard L. Goettel ) (Falcone, K.) (Entered: 08/18/2003) | 28 |

| Date | No. | Description | Page |
|---|---|---|---|
| 08/21/2003 | 22 | **MOTION by Marcus H. Diggs to Extend** Time until 9/4/03 to respond to motion to summary judgment (Falcone, K.) (Entered: 08/28/2003) | 29 |
| 08/22/2003 | 23 | **MEMORANDUM by Marcus H. Diggs in opposition to [15-1] motion for Summary** Judgment by Robert Bycholski, Thomas Weber, Steven Werbner, Town of Manchester (Warner, R.) (Entered: 08/22/2003) | 30 |
| 08/22/2003 | 43 | **Statement of Material Facts** in Opposition to [15] Motion for Summary Judgment filed by Marcus H. Diggs. (Pesta, J.) (Entered: 03/08/2004) | 31 |
| 08/27/2003 | 24 | **MOTION by Local 1579 IAFF**, David M. Mayer for Summary Judgment (Brief Due 9/17/03) (Warner, R.) (Entered: 08/27/2003) | 32 |
| 08/27/2003 | 25 | **MEMORANDUM by Local 1579 IAFF**, David M. Mayer in support of [24-1] motion for Summary Judgment (Warner, R.) (Entered: 08/27/2003) | 33 |
| 08/27/2003 | 26 | **STATEMENT of Material Facts** by Local 1579 IAFF, David M. Mayer regarding [24-1] motion for Summary Judgment (Warner, R.) (Entered: 08/27/2003) | 34 |
| 08/29/2003 | | **ENDORSEMENT granting** [22-1] motion to Extend Time until 9/4/03 to respond to motion to summary judgment, Brief Deadline set for 9/4/03 [15-1] motion for Summary Judgment (signed by Judge Gerard L. Goettel) (Falcone, K.) (Entered: 08/29/2003) | 35 |
| 09/04/2003 | 27 | **MOTION by Town of Manchester**, Steven Werbner, Thomas Weber, Robert Bycholski to Extend Time to 9/30/03 to file a response reply to the motion for summary judgment (Depino, F.) (Entered: 09/05/2003) | 36 |
| 09/04/2003 | 28 | **MOTION by Marcus H. Diggs to Extend Time** to 10/20/03 to respond to defendant's motion for summary judgment (Depino, F.) (Entered: 09/05/2003) | 37 |

| Date | No. | Description | |
|---|---|---|---|
| 09/08/2003 | | **ENDORSEMENT granting** [28-1] motion to Extend Time to 10/20/03 to respond to defendant's motion for summary judgment, Brief Deadline set for 10/20/03 [15-1] motion for Summary Judgment ( signed by Judge Gerard L. Goettel ) (Basile, F.) (Entered: 09/08/2003) | 38 |
| 09/08/2003 | | **ENDORSEMENT granting** [27-1] motion to Extend Time to 9/30/03 to file a response reply to the motion for summary judgment, Brief Deadline set for 9/30/03 [24-1] motion for Summary Judgment ( signed by Judge Gerard L. Goettel ) (Basile, F.) (Entered: 09/08/2003) | 39 |
| 09/08/2003 | 29 | **REPLY by Town of Manchester**, Steven Werbner, Thomas Weber, Robert Bycholski, Local 1579 IAFF, David M. Mayer to response to [15-1] motion for Summary Judgment by Robert Bycholski, Thomas Weber, Steven Werbner, Town of Manchester (Basile, F.) (Entered: 09/09/2003) | 40 |
| 10/17/2003 | 30 | **MOTION for Extension of Time** to 11/10/03 to respond to [24] Motion for Summary Judgment by Marcus H. Diggs. (Pesta, J.) (Entered: 10/20/2003) | 41 |
| 10/22/2003 | 31 | **ORDER granting** 30 Motion for Extension of Time to 11/10/03 to respond to Memo of Law in support of [24] **Motion for Summary Judgment**. Signed by Judge Gerard L. Goettel on 10/21/03. (Pesta, J.) (Entered: 10/23/2003) | 42 |
| 10/22/2003 | | **Set/Reset Deadlines** as to [24] Motion for Summary Judgment. Responses due by 11/10/2003 (Pesta, J.) (Entered: 10/27/2003) | 43 |
| 11/10/2003 | 32 | **MOTION for Extension of Time** to 11/10/03 File Response to Memo of Law & 56(a) statement in support of [24] Motion for Summary Judgment by Marcus H. Diggs. (Pesta, J.) (Entered: 11/12/2003) | 44 |
| 11/14/2003 | 33 | **ENDORSEMENT ORDER granting** 32 Motion for Extension of Time to 11/19/03 to respond to [24] Motion for Summary Judgment Responses due by | |

6

| | | | |
|---|---|---|---|
| | | 11/19/2003. Signed by Judge Gerard L. Goettel on 11/13/03. (Pesta, J.) (Entered: 11/14/2003) | 45 |
| 11/17/2003 | 34 | **Memorandum in Opposition** to [15] and [24] Motions for Summary Judgment filed by Marcus H. Diggs. (Pesta, J.) (Entered: 11/18/2003) | 46 |
| 11/17/2003 | 35 | **Memorandum in Opposition** to [15] Motion for Summary Judgment, [24] Motion for Summary Judgment filed by Marcus H. Diggs. (Pesta, J.) (Entered: 11/18/2003) | 47 |
| 11/17/2003 | 36 | **Statement of Material Facts re** [15] Motion for Summary Judgment, [24] Motion for Summary Judgment filed by Marcus H. Diggs. (Attachments: # 1 continued statement# 2 continued statement) (Pesta, J.) (Entered: 11/18/2003) | 48 |
| 11/25/2003 | 37 | **REPLY to Memorandum of Law in Opposition** to [24] Motion for Summary Judgment filed by Robert Bycholski, Town of Manchester, Thomas Weber, Steven Werbner. (Pesta, J.) (Entered: 11/26/2003) | 49 |
| 12/01/2003 | 38 | **MOTION for Extension of Time** to 12/10/03 to File Reply to [24] Motion for Summary Judgment by Local 1579 IAFF, David M. Mayer. (Pesta, J.) (Entered: 12/01/2003) | 50 |
| 12/03/2003 | 39 | **ENDOSEMENT ORDER granting** 38 Motion for Extension of Time to 12/10/03 to File Response to [15] Motion for Summary Judgment & [24] Motion for Summary Judgment Responses due by 12/10/2003. Signed by Judge Gerard L. Goettel on 12/2/03. (Pesta, J.) (Entered: 12/03/2003) | 51 |
| 12/10/2003 | 40 | **REPLY to Opposition** to [24] Motion for Summary Judgment filed by Local 1579 IAFF, David M. Mayer. (Pesta, J.) (Entered: 12/11/2003) | 52 |
| 02/17/2004 | 41 | **ORDER granting [15] Motion for Summary Judgment,** granting [24] Motion for Summary Judgment . Signed by Judge Gerard L. Goettel on 2/13/2004. | |

7

| | | | |
|---|---|---|---|
| | | (Chancey, D.) (Entered: 02/17/2004) | 53 |
| 03/02/2004 | 42 | **JUDGMENT in favor of defendants** against plaintiffs. Signed by Clerk on 3/2/04. (Pesta, J.) (Entered: 03/04/2004) | 54 |
| 04/02/2004 | 45 | **NOTICE OF APPEAL as to 42 Judgment** by Marcus H. Diggs. Certified copy of docket and copy of NOA mailed to USCA. (Pesta, J.) (Entered: 04/07/2004) | 55 |
| 04/05/2004 | 44 | **BILL OF COSTS by Robert Bycholski,** Town of Manchester, Thomas Weber, Steven Werbner. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Inferrera, L.) (Entered: 04/05/2004) | 56 |
| 04/06/2004 | | **USCA Appeal Fees received** $ 255 receipt number B007961 re 45 Notice of Appeal filed by Marcus H. Diggs (Pesta, J.) (Entered: 04/13/2004) | 57 |
| 04/29/2004 | 46 | **ORDER denying 44 Bill of Costs** filed by Town of Manchester, Steven Werbner, Thomas Weber, Robert Bycholski. Signed by Clerk on 4/29/04. (Pesta, J.) (Entered: 04/29/2004) | 58 |
| 05/26/2004 | 47 | **USCA Scheduling Order** as to 45 Notice of Appeal filed by Marcus H. Diggs. USCA Number: 04-1976 (Pesta, J.) (Entered: 05/27/2004) | 59 |

PLAINTIFF
MARCUS H. DIGGS

BY: _____
Eroll V. Skyers, Esq.
THE BARRISTER LAW GROUP, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-334-4800 ~ Fax: 203-333-7178
Email: evskyers@barristerlawgroup.com
Federal Bar No. CT12856

## CERTIFICATION

This is to certify that a copy of the foregoing was served via U.S. mail on the 19th day of July, 2004, on the following counsel of record:

James C. Ferguson, Esq.,
Ferguson & Doyle
35 Marshall Road
Rocky Hill, CT 06067-1400

Alexandria L. Voccio, Esq.,
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                        Eroll V. Skyers, Esq.,