**MANDATE**

NHCT
02-cv-1628
Goeltel

FILED
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
2004 DEC 10 P 2:26
U.S. DISTRICT COURT
NEW HAVEN, CT

FILED
NOV 22 2004

DIGGS

v.

MANCHESTER

Docket No. 04-1976-cv

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

_____
Attorney for Appellant

_____
Attorney for Appellee

COUNSEL: Please print name under signature.

Dated: Nov. 22, 2004

SO ORDERED:
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 12/3/04